1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  JOSEPH STEVEN GONZALES,              1:11-cv-00600-JLT (HC)

12                                        ORDER TRANSFERRING CASE TO THE
                                          UNITED STATES DISTRICT COURT FOR
13             Petitioner,                THE CENTRAL DISTRICT OF
                                          CALIFORNIA
14  vs.

15  S. HUBBARD,

16             Respondent.

17  _____/

18

19       Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28

20  U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

21       The federal venue statute requires that a civil action, other than one based on diversity

22  jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

23  reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

24  giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is

25  situated, or  (3) a judicial district in which any defendant may be found, if there is no district in which

26  the action may otherwise be brought." 28 U.S.C.  §  1391(b).

27       In this case, the petitioner is challenging a conviction from Los Angeles County, which is in the

28  Central District of California.  Therefore, the petition should have been filed in the United States District

Court for the Central District of California.  In the interest of justice, a federal court may transfer a case filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a);  Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

IT IS SO ORDERED.

Dated:  **April 19, 2011**                              **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE