UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH STEVEN GONZALES, <br>         Petitioner, <br>   v. <br> S. HUBBARD, <br>         Respondent. | No. CV 11-3395-GAF (AGR) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the magistrate judge.

IT IS ORDERED that (1) Respondent's motion to dismiss based on expiration of the statute of limitations is denied; and (2) Respondent's motion to dismiss based on exhaustion is granted in part to the extent that Grounds 1, 2, and 6 are unexhausted. The matter is referred to the Magistrate Judge for further proceedings.

DATED: January 4, 2012

                                          GARY A. FEESS <br>
                              UNITED STATES DISTRICT JUDGE