JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH STEVEN GONZALES,<br><br>    Petitioner,<br><br>    v.<br><br>S. HUBBARD, Warden,<br><br>    Respondent. | NO. CV 11-3395-GAF (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: March 4, 2014

_____
GARY A. FEESS
United States District Judge

JS-6